```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


YVONNE WILLIAMS                  :      CIVIL ACTION
                                 :
       v.                        :
                                 :
                                 :
CITY OF PHILADELPHIA, et al.     :      NO. 09-2713
```

**ORDER**

AND NOW, this 30th day of July 2009, upon consideration of Defendants' Partial Motion to Dismiss and the opposition thereto, it is ORDERED:

That the Motion is DENIED.

BY THE COURT:


/s/ John P. Fullam
Fullam,          Sr. J.
