IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YVONNE WILLIAMS : CIVIL ACTION
:
v. :
:
CITY OF PHILADELPHIA, et al. : NO. 09-cv-02713-JF

ORDER

AND NOW, this 6th day of April 2011, IT IS ORDERED:

1. That plaintiff's post-trial motions are all DENIED.

2. JUDGMENT is ENTERED in favor of the defendants and against the plaintiff.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.